IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                                           No. 05-10150-01-JTM

DAMIEN VEAZEY,
        Defendant.

MEMORANDUM AND ORDER

Defendant Damien R. Veazey was sentenced on February 8, 2006 for Possession of Methamphetamine with Intent to Distribute, Felon in Possession of a Firearm and Possession of Cocaine with Intent to Distribute, in violation of 18 U.S.C. § 992(g)(1), and 21 U.S.C. § 841. He had criminal history is a category IV and had a guideline range of 188-235 months, and was sentenced to fifteen years imprisonment, followed by 4 years of supervised release.  (Dkt. 27). He began his supervised release on August 14, 2018.

Having finished half of the supervised release, Veazey has now moves pro se for a termination of supervision. The evidence from the record indicates that Veazey has not had any positive urine samples (including his most recent one on June 29, 2020. According to United States Probation Office, Veazey has been in compliance with the terms of supervision, has maintained a stable residence and continues his employment at Cornejo and Sons as a Dump Truck Driver.

The United States does not object to the defendant's motion.

A district court has authority to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release," if it considers the factors in § 3553(a) and the release is in the "interest of justice." 18 U.S.C. § 3583(e)(1); *United States v. Begay*, 631 F.3d 1168, 1171–72 (10th Cir. 2011). The court has "broad discretion" to grant or deny termination of supervised release. *Rhodes v. Judiscak*, 676 F.3d 931, 933-34 (10th Cir. 2012). Given the relative age of the defendant's prior convictions and his success while on release, the court concludes that the defendant's supervision properly may be terminated.

IT IS ACCORDINGLY ORDERED, this day of October, 2020, that the defendant's Motion to Terminate (Dkt. 32) is hereby granted.

*J. Thomas Marten*
J. Thomas Marten, Judge